**IN THE COURT OF APPEALS OF IOWA**

No. 14-0159
Filed October 29, 2014

**RICARDO PHILLIPS,**
    Plaintiff-Appellant,

**vs.**

**IAN LAWLER and THEODORE STROOPE,**
    Defendants-Appellees.
_____

    Appeal from the Iowa District Court for Polk County, Michael D. Huppert, Judge.


    Ricardo Phillips appeals the district court's finding of no good cause in delay of service of process. **AFFIRMED.**


    Eric Updegraff of Stoltz & Updegraff, P.C., Des Moines, for appellant.

    Gary D. Goudelock Jr., Assistant City Attorney, Des Moines, for appellees.


    Considered by Potterfield, P.J., and Tabor and Mullins, JJ.

**TABOR, J.**

Plaintiff Ricardo Phillips appeals the district court's dismissal of his lawsuit for failure to timely serve the defendants, two Des Moines police officers, under Iowa Rule of Civil Procedure 1.302(5).

After a careful review of the record, the parties' briefs, the applicable law, and the district court's sound analysis, we conclude the ruling dismissing the action should be affirmed without opinion pursuant to Iowa Rule of Appellate Procedure 6.1203 subsections (a) and (d).

**AFFIRMED.**